**Michael McGEHEE, as authorized**
**representative of M.M., a minor**
**child, Plaintiff,**

**Keith Small, as authorized legal repre-**
**sentative of A.S., a minor child and as**
**representative of the Estate of Caro-**
**line Small, Alan Welch, as guardian**
**ad litem of M.M., Plaintiffs–Appel-**
**lants,**

v.

**GLYNN COUNTY, GEORGIA, M. Todd**
**Simpson, in their individual capaci-**
**ties, Robert C. Sasser, in their individ-**
**ual capacities, Defendants–Appellees.**

No. 14–14456
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 18, 2015.

William J. Atkins, Atkins & Fife, LLC, Atlanta, GA, Ashley Elizabeth Browning,

Darien, GA, J. Alan Welch, Nathan T. Williams, The Williams Litigation Group, Brunswick, GA, for Plaintiffs–Appellants.

Richard Strickland, Steven Blackerby, Terry L. Readdick, Brown Readdick Bumgartner Carter Strickland & Watkins, LLP, Aaron W. Mumford, Brunswick, GA, for Defendants–Appellees.

Before HULL, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

We affirm the district court's grant of qualified immunity for the reasons articulated in its summary judgment order, *Small v. Glynn Cnty., Ga.*, No. CV 212–115, ⸺ F.Supp.3d ⸺, 2014 WL 4928877 (S.D.Ga. Sept. 30, 2014). We note that the district court expressly took care to construe the facts in the light most favorable to the plaintiffs. Accordingly, we agree with the district court that an "objectively reasonable official standing in the [officers'] place" would not have been on notice that using deadly force against Ms. Small "would be clearly unlawful given the circumstances." *See Pace v. Capobianco*, 283 F.3d 1275, 1282 (11th Cir.2002).

**AFFIRMED.**